## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-01126-RPM

EMILY BACHMEIER,

    Plaintiff,

v.

TIRE DISTRIBUTION SYSTEMS, INC, and John Doe No. 1

    Defendants.
_____

**ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**
_____

Upon consideration of Plaintiff's Unopposed Motion for Leave to File Amended Complaint [16], it is

ORDERED that the motion is granted and the Second Amended Complaint which accompanied the Plaintiff's Motion is hereby accepted for filing.

Dated this 16th day of June, 2009.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Match, Senior District Judge