IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-01126-RPM

EMILY BACHMEIER,

    Plaintiff,

v.

TIRE DISTRIBUTION SYSTEMS, INC., and
JIM HAGER,

    Defendants.

---

ORDER EXTENDING DEPOSITION DEADLINE

---

Upon consideration of Defendants' Unopposed Motion to Modify the Scheduling Order for the Purpose of Allowing the Corporate Deposition of Tire Distribution Systems, Inc., [32], it is

ORDERED that the motion is granted and the deadline for taking the corporate deposition of Tire Distribution Systems, Inc., is extended to February 19, 2010.

Dated: January 28th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge