IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               April 6, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 09-cv-01126-RPM

EMILY BACHMEIER,                                  Randal R. Kelly

       Plaintiff,

v.

TIRE DISTRIBUTION SYSTEMS, INC., and       David C. Fawley
JIM HAGER,

       Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**9:58 a.m.**      **Court in session.**

Court's preliminary remarks and findings with respect to the pending motions.

**ORDERED:**     Motion to Modify Case Management Order to Provide for Separate Designation of Non-Retained Expert Witness Testimony, filed January 7, 2010 [30], is granted to permit opinion witness testimony.

**ORDERED:**     Plaintiff's Motion for Interlocutory Summary Judgment, filed February 11, 2010 [34], is denied.

**ORDERED:**     Plaintiff's Motion for Leave to Amend Complaint to Add Claim for Exemplary Damages, filed March 3, 2010 [36], is granted.

**ORDERED:**     Jury trial scheduled September 7, 2010 at 8:30 a.m.
                     Pretrial conference set August 6, 2010 at 2:00 p.m.

**10:10 a.m. Court in recess.**

Hearing concluded. Total time: 12 min.