IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01126-RPM

EMILY BACHMEIER,

    Plaintiff,

v.

TIRE DISTRIBUTION SYSTEMS, INC., and
JIM HAGER,

    Defendants.

---

## ORDER FOR DISMISSAL OF DEFENDANT JIM HAGER

Pursuant to the Unopposed Motion to Dismiss Defendant Jim Hagar [47], it is

ORDERED that the complaint against Defendant Jim Hager is dismissed without prejudice.

Dated: May 3rd, 2010

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior District Judge