**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-01126-RPM

EMILY BACHMEIER,

    Plaintiff,

v.

TIRE DISTRIBUTION SYSTEMS, INC,

    Defendant.
_____

**ORDER RE PLAINTIFF'S MOTION IN LIMINE CONCERNING REFERENCE TO
WORKER'S COMPENSATION BENEFITS**
_____

    The Court grants Plaintiff's Motion in Limine Concerning Reference To Worker's Compensation Benefits. Such evidence is not relevant to any issue in dispute in this case. The parties and their counsel are therefore ordered to instruct any witnesses that they are not to make any reference to workers compensation benefits at trial, and to purge any workers compensation benefits references from any documentary exhibits that are intended to be offered at trial.

    Dated this 8th day of July, 2010.

                                                             s/Richard P. Matsch

                                                             _____
                                                             Richard P. Match,
                                                             Senior District Judge