IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01126-RPM

EMILY BACHMEIER,

    Plaintiff,

v.

TIRE DISTRIBUTION SYSTEMS, INC.,
    Defendants.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


      The amended motion to reset the August 6, 2010, pretrial conference [65] is granted. The conference is rescheduled for **August 17, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The proposed pretrial order shall be delivered in paper form directly to chambers by **4:00 p.m.** on **Thursday, August 12, 2010.**


DATED: July 30, 2010