IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: August 25, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-01126-RPM

EMILY BACHMEIER,                                                                Randal R. Kelly

       Plaintiff,

v.

TIRE DISTRIBUTION SYSTEMS, INC.,                  C. Michael Montgomery

       Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Leave to Take Deposition**

**11:29 a.m.**      **Court in session.**

Court's preliminary remarks.

Argument by Mr. Montgomery.

Argument by Mr. Kelly.

**ORDERED:**     **Plaintiff's Motion for Forthwith Leave to Take Late Discovery Deposition, filed August 20, 2010 [72], is granted and deposition will be conducted by remote services.**

**Court states objections to exhibits do not need to be filed but only exchanged by counsel.**

**ORDERED:**     **Counsel shall submit a joint list of witnesses and an agreed joint statement of case by September 1, 2010**

**11:43 a.m.**      **Court in recess.**

Hearing concluded. Total time: 14 min.