# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-01126-RPM

EMILY BACHMEIER,

    Plaintiff,

v.

TIRE DISTRIBUTION SYSTEMS, INC.,

    Defendant.

_____

## ORDER RE STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

    The case is hereby dismissed, with prejudice, each party to bear their own costs, expenses and attorneys fees.

    Dated this _17th day of September, 2010.

                                                                       BY THE COURT:

                                                                       s/Richard P. Matsch
                                                                       _____
                                                                       Richard P. Matsch
                                                                       Senior District Judge